AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SUZON LUCORE | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-CV-20748-DPG |
| NCL (BAHAMAS) LTD., A BERMUDA COMPANY | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NCL (BAHAMAS)LTD, A BERMUDA COMPANY
through its Registered Agent
DANIEL S. FARKAS, ESQ.
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ANTHONY V. FALZON ESQ.
ANTHONY V. FALZON P.A.
12000 BISCAYNE BOULEVARD
SUITE 100
MIAMI, FL 33181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/28/2023

**SUMMONS**

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts